# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: ANTHONY C. JONES

Debtor(s)

Case No. **19-16102/mdc**
Chapter **13**

## ORDER

AND NOW, this 9th day of October, 2019, upon consideration of the Application for Extension of Time to file Schedules A-J, Summary of Schedules, Statement of Current Monthly Income, Statement of Financial Affairs and Notice to Individual Debtor it is hereby ORDERED and DECREED that the deadline for filing is extend to October 26, 2019.

*Magdeline D. Coleman*

**HONORABLE MAGDELINE D. COLEMAN**
**U.S. BANKRUPTCY JUDGE**