United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 19-16102-mdc
Anthony C. Jones                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Lisa            Page 1 of 1            Date Rcvd: Oct 10, 2019
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
db             +Anthony C. Jones,    5927 Newtown Avenue,    Philadelphia, PA 19120-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Anthony C. Jones bealaw@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 4

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re ANTHONY C. JONES

Debtor(s)

Case No. **19-16102/mdc**
Chapter **13**

## ORDER

AND NOW, this 9th day of October, 2019, upon consideration of the Application for Extension of Time to file Schedules A-J, Summary of Schedules, Statement of Current Monthly Income, Statement of Financial Affairs and Notice to Individual Debtor it is hereby ORDERED and DECREED that the deadline for filing is extend to October 26, 2019.

*Magdeline D. Coleman*
**HONORABLE MAGDELINE D. COLEMAN**
**U.S. BANKRUPTCY JUDGE**