# Earnings Statement

**THE PEP BOYS - MANNY, MOE & JACK**
(215)430-9000
3111 W. ALLEGHENY AVENUE
PHILADELPHIA, PA 19132

Period Beginning: 07/14/2019
Period Ending: 07/27/2019
Pay Date: 08/02/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 PA: N/A

ANTHONY JONES
5927 NEWTOWN AVE
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 288.00 | 288.00 |
| **Gross Pay** | | | **$288.00** | 288.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -14.18 | 14.18 |
| Social Security Tax | | -17.86 | 17.86 |
| Medicare Tax | | -4.18 | 4.18 |
| PA State Income Tax | | -8.84 | 8.84 |
| Philadelphia Income Tax | | -11.15 | 11.15 |
| PA SUI/SDI Tax | | -0.17 | 0.17 |
| **Other** | | | |
| Uniform F/Time | | -5.00 | 5.00 |
| **Net Pay** | | **$226.62** | |
| **Net Check** | | **$226.62** | |

Your federal taxable wages this period are $288.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Assoc Id | | 0478834 |

**Important Notes**
BASIS OF PAY: HOURLY

YOUR COMPANY'S PHONE NUMBER IS 1-800-233-3312

GARNISHMENT ISSUES CONTACT ADP AT 1-866-324-5191

COMPANY CONTRIBUTIONS ARE NOW CREDITED QUARTERLY AND SHOWN AS "401K ER CONTRIB."

**Earnings by Week**

| Week 2: | Rate | Hours | Earnings |
|---|---|---|---|
| Commission | | 0.00 | 288.00 |
| Subtotal | | 0.00 | 288.00 |
| **Grand Total** | | 0.00 | 288.00 |




| CO. | FILE | DEPT. | CLOCK NUMBER | | |
|---|---|---|---|---|---|
| AHT | 769638 | 200000 | 0033620461 | 098-0002 | |

# Earnings Statement

THE PEP BOYS - MANNY, MOE & JACK
(215)430-9000
3111 W. ALLEGHENY AVENUE
PHILADELPHIA, PA 19132

Period Beginning: 07/28/2019
Period Ending: 08/10/2019
Pay Date: 08/16/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

ANTHONY JONES
5927 NEWTOWN AVE
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 167.50 | 455.50 |
| **Gross Pay** | | | **$167.50** | 455.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Assoc Id | | 0478834 |

**Important Notes**
BASIS OF PAY: HOURLY

YOUR COMPANY'S PHONE NUMBER IS 1-800-233-3312

GARNISHMENT ISSUES CONTACT ADP AT 1-866-324-5191

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2.13 | 16.31 |
| | Social Security Tax | -10.38 | 28.24 |
| | Medicare Tax | -2.42 | 6.60 |
| | PA State Income Tax | -5.14 | 13.98 |
| | Philadelphia Income Tax | -6.48 | 17.63 |
| | PA SUI/SDI Tax | -0.10 | 0.27 |
| | **Other** | | |
| | Uniform F/Time | | 5.00 |

**Net Pay**    $140.85

**Net Check**    $140.85

**Earnings by Week**

| Week 1: | Rate | Hours | Earnings |
|---|---|---|---|
| Commission | | 0.00 | 159.50 |
| Subtotal | | 0.00 | 159.50 |

| Week 2: | Rate | Hours | Earnings |
|---|---|---|---|
| Commission | | 0.00 | 8.00 |
| Subtotal | | 0.00 | 8.00 |
| **Grand Total** | | 0.00 | 167.50 |

Your federal taxable wages this period are $167.50




© 2000 ADP, LLC