Bank Of America
P. O. Box 982238
El Paso, TX 79998-2235


Citibank
c/o Cavalry Portfolio Services
500 Summit Lake Dr. Ste. 4A
Valhalla, NY 10595


Citibank
c/o Midland Funding, LLC
320 E. Big Beaver Rd.
Troy, MI 48083


Home Shopping Network
c/o Jefferson Capital Systems
16 Mcleland Road
Saint Cloud, MN 56303


KML Law Group
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106


LVNV Funding
c/o Resurgent Capital Services
PO Box 1269
Greenville, SC 29603


PA Housing Finance Agency
211 North Front Street
P. O. Box 15057
Harrisburg, PA 17101


Peco Energy
Bankruptcy Unit
2301 Market St.
Philadelphia, PA 19101

PGW
800 W. Montgomery Avenue
Philadelpihia, PA 19122


PNC Bank
P.O. Box 8703
Dayton, OH 45401


Portfolio Recovery
120 Corporate Boulevard, Ste. 100
Norfolk, VA 23502


Portfolio Recovery
120 Corporate Blvd. Ste. 100
Norfolk, VA 23502


Water Revenue Bureau
c/o Water Revenue Bureau
1401 JFK Boulevard
Philadelphia, PA 19102-1663


Wells Fargo Bank
P.O. Box 94435
Albuquerque, NM 87199


Wells Fargo Card Services
c/o Credit Bureau Resolution
P.O. Box 14517
Des Moines, IA 50306