UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

October 21, 2019

To: **Bradley E. Allen, Esq.**
    **7711 Castor Avenue**
    **Philadelphia PA 19152**

                                             In re: **Anthony C. Jones**
                                             Bankruptcy No. **19-16102-mdc**
                                             Adversary No.
                                             Chapter **13**

        Re: **<u>Amended List of Creditors</u>**

The above document(s) were filed in this office on **October 18, 2019.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

        ( )        Voluntary Petition
        ( )        Adversary Proceeding
        (**XX**)    $31.00 Filing Fee for Amendments
        ( )        $25.00 Claims Transfer Fee
        ( )        Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                           Timothy B. McGrath
                                           Clerk

                                           By: <u>Lisa Henry</u>
                                             Deputy Clerk