*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anthony C. Jones
    Debtor(s)

Case No: 19–16102–mdc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the $31.00 Amended Matrix Fee will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 11/14/19

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: October 31, 2019

22
Form 175