# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Anthony C Jones**                                                                                  Case No.  **19-16102/mdc**
                                           Debtor(s)                                                        Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, Certificate of Financial Management Course/Certificate of Debtor Education Course was served electronically or by regular United States mail to the Trustee and parties listed below.

William C. Miller, Chapter 13 Trustee

U.S. Trustee

Regular mail to :

Anthony C. Jones
5927 Newtown Ave.
Philadelphia, PA  19120


**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**