# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Anthony C Jones**  
Debtor(s)

Case No.  **19-16102/mdc**  
Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020 a copy of Amended Schedules I and J was served electronically or by regular United States mail to the Trustee and parties listed below.

William C. Miller, Chapter 13 Trustee

U.S. Trustee

Regular mail to :

Anthony C. Jones  
5927 Newtown Ave.  
Philadelphia, PA  19120

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**