# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-16102-MDC

ANTHONY C. JONES

5927 NEWTOWN AVENUE

PHILADELPHIA, PA 19120-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ANTHONY C. JONES

5927 NEWTOWN AVENUE

PHILADELPHIA, PA 19120-

**Counsel for debtor(s), by electronic notice only.**
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 3/5/2020

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee