# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Anthony C Jones**  
Debtor(s)

Case No. **19-16102/mdc**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2020 a copy of the 2nd Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and parties listed below.

William C. Miller, Chapter 13 Trustee

U.S. Trustee

Kevin McDonald  
on behalf of PA Housing Finance Agency

Rebecca Ann Solarz  
on behalf of PNC National Bank

Regular mail to :

Anthony C. Jones  
5927 Newtown Ave.  
Philadelphia, PA  19120

City of Philadelphia  
Water Revenue Bureau  
Tax & Revenue Dept.  
1401 JFK Blvd., 5th Fl  
Philadelphia, P A  19102

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242Fax:215-725-8288**  
**bealaw@verizon.net**