# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re  **Anthony C Jones** | Case No. | **19-16102/mdc** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020 a copy of the Notice of Application for Compensation and Reimbursement of Expenses was served electronically or by regular United States mail to the Trustee and parties listed below.

William C. Miller, Chapter 13 Trustee

U.S. Trustee

Kevin McDonald
on behalf of PA Housing Finance Agency

Rebecca Ann Solarz
on behalf of PNC National Bank

Regular mail to :

Anthony C. Jones
5927 Newtown Ave.
Philadelphia, PA  19120

City of Philadelphia
Water Revenue Bureau
Tax & Revenue Dept.
1401 JFK Blvd., 5th Fl
Philadelphia, P A  19102

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**