| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| UD5 | 131332 | 535100 | 00000170995 | 1 |

048-0145

**First America**
FIRST TRANSIT INC
600 VINE STREET SUITE 1200
CINCINNATI, OHIO 45202
PHONE 513-241-2200 EXT.0

**Earnings Statement**  ADP

Period Beginning: 04/05/2020
Period Ending: 04/18/2020
Pay Date: 04/24/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

ANTHONY JONES
5927 NEWTOWN AVE
PHILADELPHIA PA 19120-0000

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 35.85 | 860.40 | 13,129.44 |
| Holida |  |  |  | 782.88 |
| Holiday |  |  |  | 768.00 |
| Overtime |  |  |  | 155.16 |
| **Gross Pay** |  |  | **$860.40** | 14,835.48 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 35.85 |  |
| EMPLOYEE ID |  | 2000438368 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 513-241-2200

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -58.27 | 1,468.60 |
|  | Social Security Tax | -53.35 | 919.80 |
|  | Medicare Tax | -12.47 | 215.11 |
|  | PA State Income Tax | -26.41 | 455.44 |
|  | Philadelphia Income Tax | -33.31 | 574.32 |
|  | PA SUI/SDI Tax | -0.51 | 8.90 |
| **Net Pay** |  | **$676.08** |  |
| Checking |  | -676.08 | 9,484.00 |
| **Net Check** |  | **$0.00** |  |

Your federal taxable wages this period are $860.40
Your PA taxable wages this period are $860.40
Your Philadelphia taxable wages this period are $860.40

© 2000 ADP, LLC

**First America**
FIRST TRANSIT INC
600 VINE STREET SUITE 1200
CINCINNATI, OHIO 45202

Deposited to the account of
ANTHONY JONES

Advice number: 00000170995
Pay date: 04/24/2020

account number    transit    ABA    amount
$676.08

THIS IS NOT A CHECK

**NON-NEGOTIABLE**