# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Anthony C Jones**    Case No. **19-16102/mdc**
Debtor(s)    Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020 a copy of the Third Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and parties listed below.

William C. Miller, Chapter 13 Trustee

U.S. Trustee

Kevin McDonald
on behalf of PA Housing Finance Agency

Rebecca Ann Solarz
on behalf of PNC National Bank

Regular mail to :

Anthony C. Jones
5927 Newtown Ave.
Philadelphia, PA  19120

City of Philadelphia
Water Revenue Bureau
Tax & Revenue Dept.
1401 JFK Blvd., 5th Fl
Philadelphia, P A  19102

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**